IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AJAY SINGHAL,

    Plaintiff,

    v.

MENTOR GRAPHICS CORPORATION,

    Defendant.

    No. C 07-01587 JSW

**ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

    Now before the Court is Plaintiff Ajay Singhal's request for appointment of counsel There is no constitutional right to counsel in a civil case, unless an indigent litigant may lose his physical liberty if he loses the litigation, a situation not presented by this case. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in Section 1983 action), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc.) However, pursuant to 28 U.S.C. § 1915(e)(1), a "court may request an attorney to represent any person unable to afford counsel."

    This Court has discretion in considering whether to appoint counsel under section 1915(e)(1) and, in general, that discretion should be exercised only in exceptional circumstances. *Rand*, 113 F.3d at 1525. In making that determination, the Court considers the likelihood of a plaintiff's success on the merits and the plaintiff's ability to articulate his or her claims in light of the complexity of the legal issues involved. *Id.*; *see also Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004).

1   While this Order should not be construed as a prejudgment of Singhal's claims, at this
2 time the Court declines to exercise its discretion to appoint counsel as this case does not appear
3 to present an exceptional circumstance meriting appointment of counsel. Accordingly,
4 Singhali's motion for appointment of counsel is DENIED WITHOUT PREJUDICE.

5   In addition, without making any endorsement in this regard, Plaintiff is advised that the
6 Alameda County Bar Association operates a lawyer referral service which may be helpful in
7 securing pro bono counsel.

**IT IS SO ORDERED.**

Dated:  April 19, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California