IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AJAY SINGHAL,

    Plaintiff,

v.

MENTOR GRAPHICS CORPORATION,

    Defendant.

No. C 07-01587 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on October 19, 2007 on Defendant Mentor Graphics Corporation's motion to dismiss Plaintiff's first and fifth causes of action. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than August 31, 2007 and any reply briefs shall be filed by no later than September 7, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 13, 2007

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE