```
 1  BALDWIN J. LEE (BAR NO. 187413)
    JENNIE L. LEE (BAR NO. 191350)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA 94111-4074
 4  Phone: (415) 837-1515
    Fax: (415) 837-1516
 5  E-Mail: blee@allenmatkins.com
            jlee@allenmatkins.com
 6
    CHRIS KITCHEL (Pro Hac Vice Application Pending)
 7  MATT PHILLIPS (Pro Hac Vice Application Pending)
    KURT BARKER (Pro Hac Vice Application Pending)
 8  STOEL RIVES LLP
    900 SW Fifth Avenue, Suite 2600
 9  Portland, OR 97204
    Phone: (503) 224-3380
10  Fax: (503) 220-2480
    E-Mail: ckitchel@stoel.com
11          mcphillips@stoel.com
            kebarker@stoel.com
12
    Attorneys for Defendant
13  MENTOR GRAPHICS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. C07-01587-JSW<br><br>**SUBSTITUTION OF ATTORNEY BY DEFENDANT MENTOR GRAPHICS CORPORATION AND [PROPOSED] ORDER** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

721177.01/SF

Case No. C07-01587-JSW
SUBSTITUTION OF ATTORNEY

Defendant MENTOR GRAPHICS CORPORATION hereby substitutes STOEL RIVES LLP and ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP as its attorneys of record in place of JEFFER, MANGELS, BUTLER & MARMARO LLP. Defendant respectfully requests that the Court approve this substitution.

I consent to the foregoing substitution.

Dated September 6, 2007

MENTOR GRAPHICS CORPORATION

By: _____
Dean Freed
Vice President and General Counsel

I consent to the foregoing substitution.

Dated: September 6, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
Louise Ann Fernandez

The foregoing substitution is accepted.

Dated: September 6, 2007

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____
Baldwin J. Lee

The foregoing substitution is accepted.

Dated: September 6, 2007

STOEL RIVES LLP

By: _____
Kurt Barker
(*Pro Hac Vice* Application Pending)

**ORDER**

The foregoing substitution is approved.

Dated: September 6, 2007

_____
Hon. Jeffrey S. White
U.S. District Court Judge

Case No. C07-01587-JSW
SUBSTITUTION OF ATTORNEY

-2-