GEORGE S. TREVOR (Bar No. 127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, CA 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorneys for Plaintiff
AJAY SINGHAL

BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice* Application Pending)
MATT PHILLIPS (*Pro Hac Vice* Application Pending)
KURT BARKER (*Pro Hac Vice* Application Pending)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone: (503) 294-9271
Fax: (503) 220-2480
E-Mail: ckitchel@stoel.com
        mcphillips@stoel.com
        kebarker@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. C07-01587-JSW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AND FIFTH CAUSES OF ACTION FROM SEPTEMBER 7, 2007 TO SEPTEMBER 17, 2007**<br><br>Hearing Date: October 19, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

721263.01/SF

Case No. C07-01587-JSW
STIP. AND [PROPOSED] ORDER CONT
REPLY DEADLINE

1  Whereas Defendant Mentor Graphics Corporation's Motion to Dismiss Plaintiff's First and
2  Fifth Causes of Action is currently set for hearing on October 19, 2007; and
3  Whereas pursuant to the Court's August 13, 2007 Order, Defendant's deadline to file a
4  reply brief is September 7, 2007; and
5  Whereas Defendant filed a substitution of counsel on September 6, 2007;
6  Accordingly, the parties hereby stipulate and request that Defendant's deadline to file a
7  reply brief be extended from September 7, 2007 to September 17, 2007 (32 days before the
8  hearing date).

Dated: September 6, 2007

LAW OFFICES OF GEORGE S. TREVOR

By: _____
George S. Trevor
Attorney for Plaintiff
AJAY SINGHAL

Dated: September 6, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

STOEL RIVES LLP (*Pro Hac Vice* App. Pending)

By: _____
Baldwin J. Lee
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated:   September 7, 2007

_____
Hon. Jeffrey S. White
U.S. District Court Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

721181.01/SF

-2-

Case No. C07-01587-JSW
STIP. AND [PROPOSED] ORDER CONT
REPLY DEADLINE