GEORGE S. TREVOR (Bar No. 127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, CA 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorneys for Plaintiff
AJAY SINGHAL

BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
            jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
KURT BARKER (*Pro Hac Vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone:  (503) 294-9271
Fax:  (503) 220-2480
E-Mail:  ckitchel@stoel.com
            mcphillips@stoel.com
            kebarker@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>            Plaintiff,<br><br>     vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>            Defendant. | Case No. C07-01587-JSW<br><br>STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

724218.01/SF

Case No. C07-01587-JSW
STIP. AND [PROPOSED] ORDER

This case is set for a hearing this coming Friday, October 19, 2007 at 9:00 a.m. regarding defendant Mentor Graphics Corporation's ("Mentor Graphics") Motion to Dismiss. The parties request a Case Management Conference that same day for assistance in addressing case management issues including the partial bifurcation of plaintiff's claims regarding the patent applications at issue, and to prepare the case schedule. Although this case initially was scheduled for mediation, resolution of the patent issues will first require a judicial determination.

Accordingly, the parties hereby stipulate and request that the Court set a Case Management Conference for immediately following the Friday, October 19, 2007, 9:00 a.m. hearing regarding Mentor Graphics' Motion to Dismiss, or for its usual time for Case Management Conferences on that Friday at 1:30 p.m., or for another time that is more convenient for the Court.

Dated: October 15, 2007

LAW OFFICES OF GEORGE S. TREVOR

By: /s/ George S. Trevor
George S. Trevor
Attorney for Plaintiff
AJAY SINGHAL

Dated: October 15, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

STOEL RIVES LLP (*Pro Hac Vice*)

By: /s/ Kurt Barker
Kurt Barker
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

724218.01/SF

Case No. C07-01587-JSW
STIP. AND [~~PROPOSED~~] ORDER
-2-

## ORDER

IT IS SO ORDERED. A Case Management Conference is hereby scheduled for:

\_\_\_\_\_ immediately following the Friday, October 19, 2007, 9:00 a.m. hearing regarding Mentor Graphics' Motion to Dismiss;

\_\_\_\_\_ Friday, October 19, 2007 at 1:30 p.m.; or

_x_ another time that is more convenient for the Court: __November 9__, 2007 at __1:30__ ~~a.m.~~/p.m.

Dated: October 17, 2007

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
U.S. District Court Judge

A joint case mangement conference statement shall be field no later than November 2, 2007.