1  GEORGE S. TREVOR (Bar No. 127875)
   LAW OFFICES OF GEORGE S. TREVOR
2  300 Tamal Plaza, Suite 180
   Corte Madera, CA 94925
3  Telephone: (415) 924-7147
   Facsimile: (415) 924-7159
4
   Attorneys for Plaintiff
5  AJAY SINGHAL

6  BALDWIN J. LEE (BAR NO. 187413)
   JENNIE L. LEE (BAR NO. 191350)
7  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
8  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
9  Phone: (415) 837-1515
   Fax: (415) 837-1516
10 E-Mail: blee@allenmatkins.com
           jlee@allenmatkins.com
11
   CHRIS KITCHEL (*Pro Hac Vice*)
12 MATT PHILLIPS (*Pro Hac Vice*)
   KURT BARKER (*Pro Hac Vice*)
13 STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
14 Phone: (503) 294-9271
   Fax: (503) 220-2480
15 E-Mail: ckitchel@stoel.com
           mcphillips@stoel.com
16         kebarker@stoel.com

17 Attorneys for Defendant
   MENTOR GRAPHICS CORPORATION
18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. C07-01587-JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR ASSIGNMENT TO MAGISTRATE JUDGE |

Case No. C07-01587-JSW
STIP. AND [~~PROPOSED~~] ORDER FOR
ASSIGNMENT TO MAGISTRATE JUDGE

| | | |
|---|---|---|
|1| In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties request||
|2|this case be reassigned to Chief Magistrate Judge James Larson to conduct any and all further||
|3|proceedings in the case, including trial and the entry of a final judgment. Any appeal from the||
|4|judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.||
|5| This case currently is set for a Case Management Conference before Judge Jeffrey||
|6|S. White this Friday, November 9, 2007, at 1:30 p.m. The parties also request that conference be||
|7|stricken. The parties intend to request a Case Management Conference with Chief Magistrate||
|8|Judge Larson on the earliest convenient date.||
|9| The parties further request that the date for plaintiff and counterdefendant's reply to the||
|10|counterclaim filed by defendant with its answer to the complaint be continued from November 15,||
|11|2007 to November 21, 2007. This short extension is necessary because counsel for plaintiff is||
|12|lead trial counsel in a securities arbitration pending in New Orleans, LA and is scheduled to be out||
|13|of his office in hearing the week of November 12, 2007.||

Dated: November 5, 2007     LAW OFFICES OF GEORGE S. TREVOR

By: ____/s/_____

George S. Trevor
Attorney for Plaintiff
AJAY SINGHAL

Dated: November 5, 2007     ALLEN MATKINS LECK GAMBLE
                            MALLORY & NATSIS LLP

STOEL RIVES LLP (*Pro Hac Vice*)

By: ____/s/_____
Kurt Barker
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

Case No. C07-01587-JSW
STIP. AND [~~PROPOSED~~] ORDER FOR
ASSIGNMENT TO MAGISTRATE JUDGE

-2-

1 **ORDER**

2   IT IS SO ORDERED. This case is hereby reassigned to Chief Magistrate Judge James
3 Larson. The Case Management Conference on November 9, 2007, at 1:30 p.m. is hereby ~~stricken~~ vacated.
4 The date that plaintiff/counterdefendant's reply to the counterclaim is continued to November 21,
5 2007.

6 Dated: November 5, 2007

7
8 _____
  Hon. Jeffrey S. White
9 U.S. District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

Case No. C07-01587-JSW
STIP. AND [~~PROPOSED~~] ORDER FOR
ASSIGNMENT TO MAGISTRATE JUDGE