GEORGE S. TREVOR (Bar No. 127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, CA 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorneys for Plaintiff
AJAY SINGHAL

BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
         jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
DENNIS WESTLIND (*Pro Hac Vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone:  (503) 294-9271
Fax:  (503) 220-2480
E-Mail:  ckitchel@stoel.com
         mcphillips@stoel.com
         dewestlind@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>        Plaintiff,<br><br>    vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>        Defendant. | Case No. C07-01587-JL<br><br>STIPULATION AND [PROPOSED] ORDER FOR SETTING OF HEARING DATE |

The parties jointly stipulate to and request a hearing be set on January 23, 2008 at 9:00 a.m. to address the following issues: (1) plaintiff's request that he be substituted for George S. Trevor as counsel in this action and that he be permitted to proceed *pro se*; and (2) defendant's request that its deposition of plaintiff proceed as mutually agreed and noticed on January 29, 2008. In addition, defendant separately requests that in the same hearing the Court will consider defendant's request that plaintiff be compelled to answer defendant's interrogatories Nos. 1 and 2.

Due to the fact that plaintiff is currently out of the country, counsel for plaintiff has not been able to communicate with plaintiff about this request for a hearing date on shortened time. Therefore, counsel takes no position on whether plaintiff agrees that a hearing on shortened time is appropriate on the two issues on which defendant seeks relief.

Plaintiff further requests that any response that a party may wish to submit on the three matters to be heard on January 23, 2008 may be filed by 5:00 p.m. on January 18, 2008. Counsel for plaintiff further requests permission to submit a response under seal for *in camera* review relating to plaintiff's request to proceed *pro se*. This request is necessary since certain matters relating to this request involve attorney-client communications that are protected from disclosure to defendant.

Dated: January 15, 2008           LAW OFFICES OF GEORGE S. TREVOR


                                  By:  */s/ George Trevor*
                                       George S. Trevor
                                       Attorney for Plaintiff
                                       AJAY SINGHAL

Dated: January 15, 2008           ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS LLP

                                  STOEL RIVES LLP (*Pro Hac Vice*)


                                  By:  */s/ Dennis Westlind*
                                       Dennis Westlind
                                       Attorneys for Defendant
                                       MENTOR GRAPHICS CORPORATION

1 **ORDER**

2 IT IS SO ORDERED.  A hearing will be held at 9:00 a.m. on January 23, 2008 to address:

3 (1) plaintiff's request that be substituted for George S. Trevor as counsel in this action and that be

4 permitted to proceed *pro se*; (2) defendant's request that its deposition of plaintiff proceed as

5 mutually agreed and noticed on January 29, 2008; and (3) defendant's request that plaintiff be

6 compelled to answer defendant's interrogatories Nos. 1 and 2.  Any party may file may file a

7 response to the matters to be heard by 5:00 p.m., January 18, 2008.  Plaintiff's counsel and

8 plaintiff may submit a response to plaintiff's substitution of counsel to the court under seal for *in*

9 *camera* review.

10 Dated:   January 16, 2008

12 _____
Hon. James Larson
13 U.S. District Court Magistrate Judge

-3-

Case No.  C07-01587-JL
STIPULATION AND [PROPOSED] ORDER
FOR SETTING OF HEARING DATE