GEORGE S. TREVOR (Bar No. 127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, CA 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorneys for Plaintiff
AJAY SINGHAL

BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
DENNIS WESTLIND (*Pro Hac Vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone: (503) 294-9271
Fax: (503) 220-2480
E-Mail: ckitchel@stoel.com
        mcphillips@stoel.com
        dewestlind@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>            Plaintiff,<br><br>    vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>            Defendant. | Case No. C07-01587-JL<br><br>STIPULATION AND [PROPOSED] ORDER RE ADR PROCEDURES |

The parties jointly stipulate to and request that this case be removed from the ADR program until the evidentiary hearing on the issue of inventorship is completed in early June 2008. Counsel for the parties have discussed whether this case would benefit from mediation or other ADR procedures at this time. In light of the fact that the parties agree that the issue of inventorship can only be resolved through a judicial finding after an evidentiary hearing, any ADR proceeding should be continued until after such a hearing is completed. A proposed order removing this action from the ADR program is set forth below.

Dated: February 20, 2008            LAW OFFICES OF GEORGE S. TREVOR

By: _____/s/_____

George S. Trevor
Attorney for Plaintiff
AJAY SINGHAL

Dated: February 20, 2008            ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP

STOEL RIVES LLP (*Pro Hac Vice*)


By: _____/s/_____
Dennis Westlind
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

### **ORDER**

Based upon the stipulation of the parties through counsel and good cause appearing hereon, this action is removed from the Northern District of California's ADR program. Following the resolution of the inventorship of the subject patents, the parties shall meet and confer as to further ADR procedures that may assist in the resolution of all remaining claims and

1  counter claims and report to the Court within fifteen (15) days of any order resolving issues of
2  inventorship as to the parties' agreement on further ADR procedures.  IT IS SO ORDERED.
3  Dated:    February 22, 2008

_____
Hon. James Larson
Chief Magistrate Judge