GEORGE S. TREVOR (Bar No. 127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, CA 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorneys for Plaintiff
AJAY SINGHAL

BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
         jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
DENNIS WESTLIND (*Pro Hac Vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone: (503) 294-9271
Fax: (503) 220-2480
E-Mail: ckitchel@stoel.com
         mcphillips@stoel.com
         dewestlind@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DR. AJAY SINGHAL, | Case No. C07-01587-JL |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO DEEM MENTOR GRAPHICS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INVENTORSHIP AND OWNERSHIP SUBMITTED FOR RESOLUTION AND TO VACATE STATUS CONFERENCE |
| vs. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

1       Defendant Mentor Graphics Corporation ("Mentor Graphics") filed its Motion For Partial

2 Summary Judgment of Patent Inventorship And Ownership on March 13, 2008.  Plaintiff Dr. Ajay

3 Singhal filed his Statement of Non-opposition to Mentor Graphics' Motion for Partial Summary

4 Judgment on March 19, 2008 and will not file anything further in response to defendant's motion.

5 In regard to defendant's pending motion, the parties stipulate:

6     1.      That oral argument on Mentor Graphics' Motion for Partial Summary Judgment is

7              not necessary.

8     2.      In order to facilitate an expedient resolution of this matter and to allow Mentor

9              Graphics to complete the processing of its patent applications, that Mentor

10              Graphics' Motion for Partial Summary Judgment may be deemed submitted for

11              resolution as of March 20, 2008.

12     3.      That there is no need for a status conference if the court grants the proposed order

13              below (the conference currently is scheduled for March 26, 2008 at 10:30 a.m.)

14 Dated: March 20, 2008           LAW OFFICES OF GEORGE S. TREVOR

15

16                            By:

17                              George S. Trevor

                               Attorney for Plaintiff

18                                AJAY SINGHAL

19

20 Dated: March 20, 2008           ALLEN MATKINS LECK GAMBLE

                              MALLORY & NATSIS LLP

21                           STOEL RIVES LLP (*Pro Hac Vice*)

22

23                            By:

24                            Chris Kitchel

                             Attorneys for Defendant

25                            MENTOR GRAPHICS CORPORATION

26

27

28

1

### ORDER

2      IT HEREBY IS ORDERED as follows:

3      1.      Mentor Graphics' Motion For Partial Summary Judgment is deemed submitted for

4              resolution as of March 20, 2008.

5      2.      The oral argument on Mentor Graphics' Motion For Partial Summary Judgment

6              scheduled for May 14, 2008 and the status conference in this case scheduled for

7              March 26, 2008 at 10:30 a.m. are vacated.

8  Dated:    3/21/08

9

10     _____

11     Hon. James Larson
       Chief Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28