ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
BALDWIN J. LEE (Bar No. 187413)
JENNIE L. LEE (Bar No. 191350)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        jlee@allenmatkins.com

STOEL RIVES LLP
CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
DENNIS WESTLIND (*Pro Hac Vice*)
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Phone: (503) 224-3380
Fax: (503) 220-2480
E-Mail: ckitchel@stoel.com
        mcphillips@stoel.com
        dewestlind@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

FILED

MAY 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. C07-01587-JL<br><br>[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT<br><br>DATE: MAY 14, 2008<br>TIME: 9:30 A.M.<br>CRTM: F<br>CHIEF MAGISTRATE JUDGE JAMES LARSON |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Page 1
PortInd3-1620091.1 0049553-00141

Case No. C07-01587-JL
[PROPOSED] ORDER GRANTING
PARTIAL SUMMARY JUDGMENT

1  Defendant Mentor Graphics Corporation filed a motion for partial summary judgment on March
2  13, 2008. Based upon the evidence and argument submitted by defendant, and plaintiff's
3  acknowledgement that he has no good faith basis to oppose defendant's motion, partial summary
4  judgment is granted as follows:

5      1.    Mentor Graphics is the sole owner of all inventions claimed and described in
6  United States Patent Application No. 10/827,990 (the "'990 Application"), United States Patent
7  Application No. 10/951,710 (the "'710 Application"), United States Patent Application No.
8  11/126,069 (the "'069 Application"), United States Patent Application No. 11/123,340 (the "'340
9  Application"), and any related United States, international or foreign patent applications
10 (collectively, the "Patent Applications");

11     2.    Plaintiff is not an inventor of the '990 Application;
12     3.    Plaintiff is not an inventor of the '710 Application;
13     4.    Plaintiff is not an inventor of the '069 Application;
14     5.    Plaintiff is not an inventor of the '340 Application; and
15     6.    Neither Mentor Graphics nor any of the named inventors acted with deceptive
16 intent regarding the inventorship of the Patent Applications.

17     The hearing date of May 14, 2008 is hereby vacated.
18 IT IS SO ORDERED.
19 Dated: __5-06-08__

                          Hon. James Larson
                          Chief Magistrate Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Page 2
PortInd3-1620091.1 0049553-00141

Case No. C07-01587-JL
[PROPOSED] ORDER GRANTING
PARTIAL SUMMARY JUDGMENT