**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

11  Dr. Ajay Singhal,                      No. C 07-1587 JL

12           Plaintiff,

13       v.                                **NOTICE TO APPEAR**

14  Mentor Graphics Corporation, et al.,

15           Defendants.

16  _____/

17      This matter came on for Case Management Conference before the Court on July 16,
2008. George Trevor appeared on behalf of Plaintiff, Chris Kitchel appeared telephonically

18  on behalf of Defendants. There was no appearance by Plaintiff, although he had been

19  instructed to appear in person. Another Case Management Conference will be held on

20  Wednesday, August 6, 2008 at 10:30 a.m. The Court was advised by Mr. Trevor that Dr.

21  Singhal has reiterated his termination of Mr. Trevor as his attorney. Accordingly, Plaintiff Dr.

22  Ajay Singhal is hereby ordered to appear in person at the Case Management Conference

23  on August 6.

24      The attorneys who attended the Case Management Conference on July 16 advised

25  the Court that the parties had drafted a settlement agreement and that all parties agreed to

26  the terms, but that the final copy had not yet been executed by Plaintiff. The Court hereby

27  notifies Plaintiff that if he executes the final version of the parties' settlement agreement,

28

C-07-1587 NOTICE TO APPEAR                                    Page 1 of  2

**United States District Court**
For the Northern District of California

1  and returns it, either to Chris Kitchel, counsel  for Defendants, or to George Trevor, within

2  one week of the receipt of this Order, that his appearance at the Case Management

3  Conference on August 6 will be waived. Otherwise, if Plaintiff fails to execute the

4  agreement and also fails to appear at the Case Management Conference, an Order to

5  Show Cause re Contempt shall be issued. Plaintiffs' disregard of this Court's orders could

6  result in sanctions, including dismissal with prejudice of his complaint, which would leave

7  intact Defendants' counterclaims.

8       IT IS SO ORDERED.

9  DATED: July 16,  2008

10

11  _____
    James Larson
    Chief Magistrate Judge

12

13

14

15

16

17

18

19  G:\JLALL\CHAMBERS\CASES\CIVIL\07-1587\Notice to Appear.wpd

20

21

22

23

24

25

26

27

28

C-07-1587 NOTICE TO APPEAR