*/s/ James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Ajay Singhal, | No. C 07-1587 JL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Mentor Graphics Corporation, et al., | |
| Defendants. | |

TO PLAINTIFF: You are hereby ordered to appear before this Court, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, on Wednesday, October 8, 2008, at 10:30 a.m. and show cause why or why not the Court should grant your motion to dismiss and enter judgment against you on Defendant's counterclaim.

IT IS SO ORDERED.

DATED: August 14, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1587\OSC.wpd

C-07-1587 ORDER TO SHOW CAUSE          1