BALDWIN J. LEE (BAR NO. 187413)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        jlee@allenmatkins.com

CHRIS KITCHEL (*Pro Hac Vice*)
MATT PHILLIPS (*Pro Hac Vice*)
DENNIS WESTLIND (*Pro Hac Vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Phone: (503) 294-9271
Fax: (503) 220-2480
E-Mail: ckitchel@stoel.com
        mcphillips@stoel.com
        dewestlind@stoel.com

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. AJAY SINGHAL, | Case No. C07-01587-JL |
| Plaintiff, | (PROPOSED) FINAL JUDGMENT |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss dated October 17, 2007, and its Order Granting Partial Summary Judgment dated May 6, 2008, and Plaintiff's Motion for Voluntary Dismissal of Case dated July 2, 2008, it hereby is ordered and adjudged that:

    1.    Mentor Graphics is the sole owner of all inventions claimed and described in United States Patent Application No. 10/827,990 (the "'990 Application"), United States Patent Application No. 10/951,710 (the "'710 Application"), United States Patent Application No. 11/126,069 (the "'069 Application"), United States Patent Application No. 11/123,340 (the "'340

Application"), and any related United States, international or foreign patent applications (collectively, the "Patent Applications");

2. Plaintiff is not an inventor of the subject matter disclosed or claimed in the '990 Application, the '710 Application, the '069 Application, or the '340 Application;

3. Neither Mentor Graphics nor any of the named inventors acted with deceptive intent regarding the inventorship of the Patent Applications; and

4. All remaining claims and counterclaims are dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: September 22, 2008.

By: /s/ James Larson
The Honorable James Larson
United States District Court Judge

Respectfully submitted by:

Stoel Rives LLP


By: /s/ Dennis Westlind
DENNIS WESTLIND
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION