

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | SEP 10 2008 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: AJAY SINGHAL.

AJAY SINGHAL,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

        Respondent,

MENTOR GRAPHICS CORPORATION,

        Real Party in Interest.

No. 08-72975

D.C. No. 3:07-CV-01587-JL
Northern District of California,
San Francisco

ORDER

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

    The petition for a writ of mandamus is dismissed for lack of jurisdiction.

*See* 28 U.S.C. § 1295(a)(1); *United States v. Barker*, 1 F.3d 957, 959 (9th Cir. 1993).

    No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

SNR/MOATT